**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-4896**

---

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

      versus

CHRISTOPHER C. DAVIS,

                                      Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-02-69)

---

Submitted: August 25, 2004         Decided: November 15, 2004

---

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald E. Justice, Jr., GASPERSON & JUSTICE, P.A., Hendersonville, North Carolina, for Appellant. Robert J. Conrad, Jr., United States Attorney, Donald D. Gast, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Chad Davis appeals his conviction for assault on an officer with a dangerous weapon, in violation of 18 U.S.C.A. § 111 (West 2000 & Supp. 2004), alleging that the evidence was insufficient to support the conviction. Construing the evidence in the light most favorable to the Government, we find that any rational factfinder could have found the essential elements of the crime beyond a reasonable doubt. Glasser v. United States, 315 U.S. 60, 80 (1942). Accordingly, we affirm Davis' conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED